(112 So. 918)

Ex parte Ada F. MURPHY et al. (3 Div. 777.) Supreme Court of Alabama. May 9, 1927. Original petition for prohibition to Hon.

A. E. Gamble, Judge of the Circuit Court of Butler County.

PER CURIAM. Petition dismissed by petitioner.